## Court of Appeals, State of Michigan

## ORDER

Lorillard Tobacco Company v Department of Treasury

Docket No.    313256

LC No.    11-000093-MT

Joel P. Hoekstra
Presiding Judge

Kurtis T. Wilder

Karen M. Fort Hood
Judges

The Court orders that the motion for leave to file a supplemental brief is DENIED. The Court further orders that the motion to expedite the appeal is DENIED as moot because an opinion was issued in this matter today.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 03 2015
_____
Date

_____
Chief Clerk